# In the United States Court of Appeals
# For the Eighth Circuit
# Case No. 24-1464

Mario Mancini,

Appellant,

v.

United States of America,

Appellee.

*Appeal from the
United States District Court for the
District of Minnesota*

## APPELLEE'S DESIGNATION OF ADDITIONAL PARTS OF THE RECORD

                                                          ANDREW M. LUGER
                                                             *United States Attorney*

                                                      David W. Fuller, 0390922
                                                      Lucas B. Draisey, 0401625
                                                          *Assistant U.S. Attorneys*
                                                      *U.S. Attorney's Office*
                                                      *District of Minnesota*
                                                      *600 U.S. Courthouse*
                                                      *300 South Fourth Street*
                                                      *Minneapolis, MN 55415*
                                                      *(612) 664-5600*
                                                      Attorneys for Appellee

Defendant-Appellee, the United States of America, submits its Designation of Additional Parts of the Record under Fed. R. App. P. 30(b)(1) and 8th Cir. R. 30A(b)(2) to be included in the Joint Appendix:

1. ECF No. 177-1, Declaration of Lucas B. Draisey, Exhibit 1
2. ECF No. 177-3 at 97-98, Declaration of Lucas B. Draisey, Exhibit 3 (Ex. 5 to 30(b)(6) Torgerson Dep.)
3. ECF No. 178-1, Declaration of Jessica Torgerson, Exhibit 1
4. ECF No. 178-2, Declaration of Jessica Torgerson, Exhibit 2
5. ECF No. 178-3, Declaration of Jessica Torgerson, Exhibit 3
6. ECF No. 178-4, Declaration of Jessica Torgerson, Exhibit 4
7. ECF No. 178-5, Declaration of Jessica Torgerson, Exhibit 5
8. ECF No. 178-7, Declaration of Jessica Torgerson, Exhibit 7
9. ECF No. 178-8, Declaration of Jessica Torgerson, Exhibit 8
10. ECF No. 178-9, Declaration of Jessica Torgerson, Exhibit 9
11. ECF No. 178-10. Declaration of Jessica Torgerson, Exhibit 10
12. ECF No. 178-17, Declaration of Jessica Torgerson, Exhibit 17
13. ECF No. 178-18, Declaration of Jessica Torgerson, Exhibit 18
14. ECF No. 178-19. Declaration of Jessica Torgerson, Exhibit 19
15. ECF No. 178-25, Declaration of Jessica Torgerson, Exhibit 25

Dated: March 27, 2024

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

/s/ Lucas B. Draisey
David W. Fuller, 0390922
Lucas B. Draisey, 0401625
Assistant U.S. Attorneys
U.S. Attorney's Office
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for Appellee

## CERTIFICATE OF SERVICE

I certify that on March 27, 2024, I served the Appellee's Designation of Additional Parts of the Record as required by Fed. R. App. 25(b) and 30(b)(1) by causing it to be electronically filing it with the Court for the United States Court of Appeals for the Eighth Circuit's CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Dated: March 27, 2024 /s/ Lucas B. Draisey